## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATT PASQUINELLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBL, LLC, BRIAN FOOTE, JEFFREY HINSHAW, GEORGE SHARP, KAREN GARCIA, and MICHELE RIVERA,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. NO. 1:23-cv-00743-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David S. Eagle and Sally E. Veghte, of Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, on behalf of Plaintiffs Matt Pasquinelli and Bryan Paysen, Individually and on Behalf of All Others Similarly Situated, in the above-captioned action.

Dated: August 8, 2023

**KLEHR HARRISON
HARVEY BRANZBURG LLP**

*/s/ David S. Eagle*
David S. Eagle (DE Bar No. 3387)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5508
Email:  deagle@klehr.com
            sveghte@klehr.com

*Attorneys for Plaintiffs Matt Pasquinelli and Bryan Paysen, Individually and on Behalf of All Others Similarly Situated*

10604838.v1