IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATT PASQUINELLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBL, LLC., BRIAN FOOTE, JEFFREY HINSHAW, GEORGE SHARP, KAREN GARCIA, and MICHELE RIVERA,<br><br>Defendants. | Case No.: 1:23-CV-00743-CFC |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ORDER

This Stipulation is made by and between Plaintiffs Matt Pasquinelli and Bryan Paysen, individually and on behalf of all others similarly situated (collectively, the "Plaintiffs"), Respondents Humbl, LLC, Brian Foote, Jeffrey Hinshaw, Karen Garcia, and Michele Rivera (collectively, the "HUMBL Defendants"), and George Sharp (together with the Plaintiffs and the HUMBL Defendants, the "Parties").

WHEREAS, on July 7, 2023, the U.S. District Court for the Southern District of California transferred this case to this Court under 28 U.S.C. § 1404(a) (Dkt. 47).

WHEREAS, on September 14, 2023, the Parties filed their *Joint Statement of the Parties Pursuant to Local Rule 81.2* (Dkt. 66).

WHEREAS, on October 27, 2022, Mr. Sharp filed his *Motion to Dismiss for Failure to State a Claim* under Rule 12(b)(6) (Dkt. 33).

WHEREAS, the parties have conferred and to clarify and coordinate on the briefing schedule, the parties have agreed as follows, subject to the Court's approval:

- The HUMBL Defendants shall serve their motion to dismiss, and Mr. Sharp shall serve his amended motion to dismiss, by October 30, 2023.

- Plaintiffs shall serve their responses to the HUMBL Defendants' motion to dismiss and to Mr. Sharp's amended motion to dismiss by December 29, 2023.

- The HUMBL Defendants shall serve their reply in support of their motion to dismiss, and Mr. Sharp shall serve his reply in support of his amended motion to dismiss, by January 29, 2024.

NOW THEREFORE, the Parties respectfully request that the Court establish the deadlines set forth herein.

Dated: September 14, 2023                   Respectfully submitted,

*Of Counsel*

**DINSMORE & SHOHL LLP**
Joseph S. Leventhal (admitted *pro hac vice*)
joseph.leventhal@dinsmore.com
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-0500

*And*

Ross A. Wilson (admitted *pro hac vice*)
ross.wilson@dinsmore.com
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200

**CULHANE MEADOWS PLLC**

*/s/ Mette H. Kurth*
Mette H. Kurth (Bar No. 6491)
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, DE 19810
Telephone: (302) 289-8839 Ext. 100
Email: mkurth@cm.law

*Attorneys for Defendants Humbl, Inc., Brian Foote, Jeffrey Hinshaw, Karen Garcia and Michele Rivera*

*Of Counsel*

**BROWN & CHARBONNEAU, LLP**
Gregory G. Brown (admitted *pro hac vice*)
Joseph M. Dankert (admitted *pro hac vice*)
Mark M. Higuchi (admitted *pro hac vice*)
420 Exchange, Ste. 270
Irvine, CA 92602
Telephone: (714) 505-3000
Facsimile: (714) 505-3070
Email:  octriallaw@gmail.com
            jdankert@bc-llp.com
            mhiguchi@bc-llp.com

**FISHERBROYLES, LLP**

*/s/ Carl. D. Neff*
Carl D. Neff (Bar No. 4895)
Maura L. Burke (Bar No. 5313)
CSC Station
112 S. French Street
Wilmington, DE 19801
Telephone: (302) 482-4244
Email: carl.neff@fisherbroyles.com

*Attorneys for Defendant George Sharp*

3

*Of Counsel*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (admitted *pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

*And*

**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (admitted *pro hac vice*)
Velvel (Devin) Freedman (admitted *pro hac vice*)
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
Telephone: (786) 924-2900
Facsimile: (646) 392-8842
Email: ingo@fnf.law
vel@fnf.law

*Co-Lead Counsel for Lead Plaintiffs and the Class*

*And*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ *David S. Eagle*
David S. Eagle (DE Bar No. 3387)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5508
Email: deagle@klehr.com
sveghte@klehr.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bongandg.com

*Additional Counsel for Lead Plaintiff Alfred Miller*

SO ORDERED this 15th day of September, 2023.

_____
Chief Judge Colm F. Connolly

5