# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATT PASQUINELLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HUMBL, LLC, BRIAN FOOTE, JEFFREY HINSHAW, GEORGE SHARP, KAREN GARCIA, and MICHELE RIVERA,<br><br>*Defendants.* | Case No. 1:23-cv-00743-JLH<br><br>District Judge Jennifer L. Hall<br><br>**THE HUMBL DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Filed:  October 30, 2023 |

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendants HUMBL, Inc., Brian Foote, Jeffrey Hinshaw, Karen Garcia, and Michele Rivera (collectively, the "HUMBL Defendants"), through their undersigned counsel, respectfully move this Court for an order dismissing Plaintiffs' Second Amended Class Action Complaint (D.I. 87) as against the HUMBL Defendants, for failure to state a claim upon which relief can be granted. In support of this motion, the HUMBL Defendants are filing herewith the following:

- "Brief in Support of the HUMBL Defendants' Motion to Dismiss the Second Amended Class Action Complaint";

- "Appendix A:  Allegedly 'False and/or Misleading Statements'"; and

3056724

- "Declaration of Jeffrey Hinshaw in Support of the HUMBL Defendants' Motion to Dismiss the Second Amended Class Action Complaint," together with its attached Exhibits A through K.

A proposed order follows.

Respectfully submitted,

| **PIERSON FERDINAND LLP** | **GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP** |
|---|---|
| /s/ Jeffrey M. Carbino | Joseph S. Leventhal (*pro hac vice*) |
| Mette H. Kurth (Bar No. 6491) | 600 West Broadway, Suite 2850 |
| Jeffrey M. Carbino (Bar No. 4062) | San Diego, California 92101 |
| 3411 Silverside Road | Telephone: (619) 765-4380 |
| Baynard Building, Suite 104-13 | jleventhal@glaserweil.com |
| Wilmington, Delaware 19810 | |
| Telephone: (302) 907-9262 | |
| Email: Mette.Kurth@pierferd.com | |
| Email: jeffrey.carbino@pierferd.com | |

*Attorneys for Defendants HUMBL, Inc., Brian Foote, Jeffrey Hinshaw, Karen Garcia, and Michele Rivera*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATT PASQUINELLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HUMBL, LLC, BRIAN FOOTE, JEFFREY HINSHAW, GEORGE SHARP, KAREN GARCIA, and MICHELE RIVERA,<br><br>*Defendants.* | Case No. 1:23-cv-00743-JLH<br><br>District Judge Jennifer L. Hall<br><br>**[PROPOSED] ORDER ON THE HUMBL DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |

3056724

WHEREAS Defendants HUMBL, Inc., Brian Foote, Jeffrey Hinshaw, Karen Garcia, and Michele Rivera (collectively, the "HUMBL Defendants") moved the Court for an order dismissing the Second Amended Class Action Complaint (the "Motion to Dismiss") as against the HUMBL Defendants; and

WHEREAS, the Court has considered the briefs, exhibits, and arguments in support of and in opposition to the Motion to Dismiss;

IT IS HEREBY ORDERED, this ____ day of _____, 2025, that the Motion to Dismiss is GRANTED, and, accordingly, all claims in the Second Amended Class Action Complaint against the HUMBL Defendants are hereby DISMISSED WITH PREJUDICE.

_____
District Judge Jennifer L. Hall