# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1102

Matt Pasquinelli, et al v. Humbl LLC, et al

(U.S. District Court No.: 1:23-cv-00743)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 09, 2026
SB/cc: Paige J. Alderson, Esq.
William J. Burton, Esq.
Joseph P. Guglielmo, Esq.
John Jasnoch, Esq.
Randall C. Lohan,
Sean T. Masson, Esq.
Andrew C. Nichols, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate